

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00479-CV

RICHARD TERRANCE AYERS                                        APPELLANT

V.

VICKI BARROW, HAZELLE DAVIS,                                  APPELLEES
RICK THALER, AND THE TDCJ-CID

----------

## FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Richard Terrance Ayers attempts to appeal from the trial court's order dated September 10, 2010, in which the trial court dismissed Ayers's civil rights complaint with prejudice after reviewing the pleadings on file "upon its own motion."

---

[1]See Tex. R. App. P. 47.4.

Ayers filed a request for findings of fact and conclusions of law on October 22, 2010, which was untimely. *See* Tex. R. Civ. P. 296. However, even if his request had been timely, because in this case findings of fact and conclusions of law were not required by the rules of civil procedure and could not properly be considered by this court, his request would not have operated to extend the thirty-day deadline for filing his notice of appeal. *See* Tex. R. App. P. 26.1(a)(4); *IKB Indus. (Nigeria) Ltd. v. Pro-Line Corp.*, 938 S.W.2d 440, 443 (Tex. 1997) (stating that a request for findings of fact and conclusions of law "does not extend the time for perfecting appeal of a judgment rendered as a matter of law, where findings and conclusions can have no purpose and should not be requested, made, or considered on appeal [such as] . . . dismissal based on the pleadings"). Therefore, Ayers's notice of appeal was due on October 11, 2010. *See* Tex. R. App. P. 26.1.

Ayers filed his notice of appeal on December 27, 2010. On December 28, 2010, we notified Ayers that his appeal was subject to dismissal for want of jurisdiction unless, by January 7, 2011, he filed a response showing grounds for continuing the appeal. Ayers filed a response, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

2

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  January 27, 2011